**LAW OFFICE OF STEWART KATZ**
Stewart Katz, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Tel: (916) 444-5678

Attorney for Plaintiff
PHILIP DEBEAUBIEN

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No.186186
Supervising Deputy Attorney General
AMIE C. MCTAVISH, State Bar No. 242372
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7663
  Fax:  (916) 322-8288
  E-mail:  Amie.McTavish@doj.ca.gov
*Attorneys for Defendants State of California;*
*California Highway Patrol; CHP Lieutenant*
*Todd Brown; CHP Sergeant Reggie Whitehead;*
*CHP Chief Brent Newman*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PHILIP DEBEAUBIEN,<br><br>                    Plaintiff,<br><br>vs.<br><br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CHP SERGEANT REGGIE WHITEHEAD; CHP CHIEF BRENT NEWMAN; AND DOES 1 through 25, inclusive,<br><br>                    Defendants.<br>_____ / | **Case No. 2:19-cv-01329-WBS-DB**<br><br>**ORDER RE STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER** |

By stipulation of the parties and good cause appearing, the Court hereby modifies the Pretrial Scheduling Order as follows:

- Liability Discovery Completed By:         September 28, 2020

- Expert Witness (liability) Disclosures:   October 28, 2020

- Depositions of (liability) Experts By:    January 28, 2021

- Expert Witness (damages) Disclosures:     June 1, 2021

- Depositions of (damages) Experts
  And other Damages Witnesses By:           August 2, 2021

- Dispositive Motions (Liability:           April 5, 2021
  Heard By:

- Separate Pretrial Conference
  Statements:                               Pursuant to Local Rules 281/282 schedule.

- Final Pre-trial Conference:               **October 12, 2021 at 1:30 p.m**.

- Trial:                                    **November 30, 2021 at 1:30 p.m.**

Dated:  June 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE