**LAW OFFICE OF STEWART KATZ**
Stewart Katz, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Tel: (916) 444-5678

Attorney for Plaintiff
PHILIP DEBEAUBIEN

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No.186186
Supervising Deputy Attorney General
AMIE C. McTAVISH, State Bar No. 242372
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7663
  Fax:  (916) 322-8288
  E-mail:  Amie.McTavish@doj.ca.gov
*Attorneys for Defendants State of California;*
*California Highway Patrol; CHP Lieutenant*
*Todd Brown; CHP Sergeant Reggie Whitehead;*
*CHP Chief Brent Newman*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PHILIP DEBEAUBIEN,

                   Plaintiff,

vs.

STATE OF CALIFORNIA; CALIFORNIA
HIGHWAY PATROL; CHP SERGEANT
REGGIE WHITEHEAD; CHP CHIEF
BRENT NEWMAN; AND DOES 1 through
25, inclusive,

                   Defendants.
_____ /

**Case No. 2:19-cv-01329-WBS-DB**

**ORDER RE STIPULATION TO MODIFY
PRETRIAL SCHEDULING ORDER**

        By stipulation of the parties and good cause appearing, the Court hereby modifies

the Pretrial Scheduling Order as follows:

1

2  • Liability Discovery Deadline:        December 7, 2020

3  • Expert Witness (liability) Disclosures:   December 30, 2020

4  • Depositions of (liability) Experts:    April 1, 2021

5

6  • Expert Witness (damages) Disclosures:  August 3, 2021

7  • Depositions of (damages) Experts:    October 4, 2021

8  • Dispositive Motions Heard By:       June 7, 2021

9  • Separate Pretrial   Conference
10   Statements:                    **Pursuant to the Court's Order filed**
                                    **November 14, 2019 (Docket No. 9).**
11

12  • Final Pre-trial Conference:         **December 20, 2021 at 1:30 p.m.**

13  • Trial:                         **February 1, 2022 at 1:30 p.m.**

14

15

16  Dated:  August 18, 2020

17                                _____
                                WILLIAM B. SHUBB
18                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28