XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
AMIE C. MCTAVISH, State Bar No. 242372
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7663
  Fax: (916) 322-8288
  E-mail: Amie.McTavish@doj.ca.gov
*Attorneys for Defendants State of California; California Highway Patrol; CHP Lieutenant Todd Brown; CHP Sergeant Reggie Whitehead; CHP Chief Brent Newman*

LAW OFFICE OF STEWART KATZ
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678
E-Mail: stewartkatzlaw@gmail.com
*Attorney for Plaintiff*

Gregory Gillott SBN 206540
Amador County County Counsel
810 Court Street
Jackson, CA 95642
Telephone (209) 223-6366
E-Mail:ggillott@anmadorgov.org
*Attorney for Amador County, Amador County Sheriff's Department/Coroner's Department*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **PHILIP DEBEAUBIEN,**<br><br>                                             Plaintiff,<br><br>          v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CHP LIEUTENANT TODD BROWN; CHP SERGEANT REGGIE WHITEHEAD; CHP CHIEF BRENT NEWMAN; and DOES 1 through 25, inclusive,**<br><br>                                             Defendants. | No. 2:19-cv-01329-WBS-DB<br><br>**STIPULATION FOR DISCOVERY AND ORDER** |

1. <u>DISPUTED ISSUE</u>

The Defendants and Plaintiff both served Subpoenas for the production of documents on Amador County (Amador County Sherriff's Department and Coroner's Office) pursuant to Federal Rule of Civil Procedure 45 seeking photographs related to the shooting incident described in the Complaint. ECF No. 1. Amador County objected to these subpoenas on the basis of California Code of Civil Procedure section 129 and implied privacy concerns. The parties and Amador County have met and conferred regarding this issue and believe that the following stipulation will satisfactorily resolve this issue.

2. <u>PROPOSED STIPULATION</u>

The parties and Amador County stipulate that all subpoenaed photographs shall be promptly produced by Amador County subject to the following exclusion and limitations:

1. No autopsy photos (including pre-incision photos) taken in the course of the autopsy process are to be produced.
2. Any photograph depicting any decedent's body, body parts or blood shall be subject to the Protective Order in effect in this case (ECF No.17) . Amador County may designate those photos as Confidential as set forth in the Protective Order. As to these Confidential Photographs, any party desiring to modify the protective order or use the photographs in a manner requiring notice to the other party pursuant to the protective order shall include notification to Amador County, by mail and email. It is further agreed that the designated, "Confidential" photos shall be returned to Amador County following the final disposition of this matter as set forth in the Protective Order.

//
//

/S/

_____
STEWART KATZ,
Attorney for Plaintiff
PHILIP DEBEAUBIEN


XAVIER BECERRA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

/S/
_____
AMIE C. MCTAVISH
Deputy Attorney General
*Attorneys for Defendants State of California; California Highway Patrol; CHP Lieutenant Todd Brown; CHP Sergeant Reggie Whitehead; CHP Chief Brent Newman*


/S/
_____
GREGORY GILLOTT
*Amador County County Counsel*
*Attorney for Amador County, Amador County Sheriff's Department/Coroner's Department*

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: September 11, 2020                /s/ DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE