UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PHILIP DEBEAUBIEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CHP LIEUTENANT TODD BROWN; CHP SERGEANT REGGIE WHITEHEAD; CHP CHIEF BRENT NEWMAN; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | No. 2:19-cv-01329 WBS DB<br><br>ORDER GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT |

----oo0oo----

　　　　In light of defendants' representation that they do not oppose plaintiff's motion to amend his complaint (Docket No. 28), plaintiff's motion (Docket No. 27) is hereby GRANTED.  Plaintiff is directed to file a First Amended Complaint no later than seven (7) days after the filing of this Order.

Dated:　December 2, 2020

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1