# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

PHILIP DEBEAUBIEN,

        Plaintiff,

vs.

STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; TODD BROWN; SABRENA SWAIN; JOY GRAF; REGGIE WHITEHEAD; RYAN STONEBRAKER; BRENT NEWMAN; JEREMY DOBLER,

        Defendants.

_____ /

Case No. 2:19-cv-01329-WBS-DB

**ORDER RE STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**

By stipulation of the parties and good cause appearing, the Court hereby modifies the Pretrial Scheduling Order as follows:

- Expert Disclosures:                September 10, 2021

- Rebuttal Expert Disclosure         October 1, 2021

- Discovery Cut Off                  November 19, 2021

- Dispositive Motions Filed By:      January 7, 2022

- Separate Pretrial Conference Statements:      Pursuant to the Court's Order Filed November 14, 2019.

- Final Pre-trial Conference:        April 11, 2022 at 1:30 p.m.

- Trial:                             June 7, 2022 at 1:30 p.m.

Dated: January 29, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE