UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP DEBEAUBIEN,<br><br>              Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, CHP LIEUTENANT TODD BROWN, CHP SERGEANT REGGIE WHITEHEAD, CHP CHIEF BRENT NEWMAN,<br><br>              Defendants. | No.  2:19-cv-1329 WBS DB<br><br><br>ORDER |

On February 26, 2021, this matter came before the undersigned pursuant to Local Rule 302(c)(1) for hearing of plaintiff's motions to compel. (ECF Nos. 39 & 40.) Attorney Stewart Katz appeared via Zoom on behalf of the plaintiff. Attorney Jianlin Song appeared via Zoom on behalf of defendant Joy Graf. Attorney Robyn Leonard appeared via Zoom on behalf of defendant Sabrena Swain. And attorney Julio Hernandez appeared via Zoom on behalf of the State defendants. Oral argument was heard and plaintiff's motion was taken under submission.

////
////
////
////

1

1     For the reasons set forth in parties' briefing and stated at the February 26, 2021 hearing, IT IS HEREBY ORDERED that plaintiff's February 1, 2021 amended motions to compel (ECF Nos. 39 & 40) are granted.

DATED: February 26, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE