UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PHILIP DEBEAUBIEN,<br><br>            Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CHP LIEUTENANT TODD BROWN; CHP SERGEANT REGGIE WHITEHEAD; CHP CHIEF BRENT NEWMAN; and DOES 1 through 25, inclusive,<br><br>            Defendants. | No. 2:19-cv-01329 WBS DB<br><br><br>ORDER |

----oo0oo----

In light of plaintiff's opposition (Docket No. 88), a hearing on the ex parte request to extend the expert disclosure deadline (Docket No. 86) is hereby SET for October 18, 2021 at 1:30 p.m. so that it may be heard jointly with the related motion to amend the scheduling order filed by defendants Graf and Swain (Docket No. 89).

          IT IS SO ORDERED.

Dated:  September 13, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1