1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   PHILIP DEBEAUBIEN,                    No.  2:19-cv-1329 WBS DB

11             Plaintiff,

12        v.                              ORDER

13   STATE OF CALIFORNIA, CALIFORNIA
     HIGHWAY PATROL, CHP
14   LIEUTENANT TODD BROWN, CHP
     SERGEANT REGGIE WHITEHEAD,
15   CHP CHIEF BRENT NEWMAN,

16             Defendants.

17

18        On November 8, 2021, plaintiffs filed an amended motion to compel and noticed the

19   motion for hearing before the undersigned on November 19, 2021, pursuant to Local Rule

20   302(c)(1).[1]  Local Rule 251(a) provides that a "hearing may be dropped from calendar without

21   prejudice if the Joint Statement re Discovery Disagreement . . . is not filed at least seven (7) days

22   before the scheduled hearing date."  Here, the parties' Joint Statement was not filed until

23   _____

24   [1] The parties dispute whether plaintiffs' amended motion constituted a simple re-noticing of a
     prior motion—and thus the November 19, 2021 hearing was timely—or a new motion requiring
25   21-days' notice.  The undersigned need not resolve this dispute given the other errors addressed
     in this order.  However, the undersigned will note that plaintiffs' assertion that "the fact that this
26   joint statement is being filed seven days ahead of the hearing means that the notice is timely" is a
     misreading of Local Rule 251.  (ECF No. 115 at 22.)  In this regard, a hearing may be held on 7
27   days' notice only when "the notice of motion and motion are filed concurrently with the Joint
     Statement[.]"  Local Rule 251(a).  Here the notice and Joint Statement were not filed
28   concurrently.  Nor was the Joint Statement filed at least seven days prior to the proposed hearing.

1

1   November 13, 2021—less than seven days prior to the November 19, 2021 hearing.  (ECF No.

2   115.)

3         Moreover, the parties' Joint Statement is thirty-two pages.  The parties are directed to

4   review the undersigned's Standard Information re discovery disputes, available on the court's

5   web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-

6   magistrate-judge-deborah-barnes-db.  That document explains that joint statements filed before

7   the undersigned shall not exceed twenty-five pages, excluding exhibits.[2]

8         Finally, the undersigned notes that with respect to some of the discovery at issue,

9   plaintiffs state that "[t]he production date for the subpoena . . . is the day before" the November

10  19, 2021 hearing.  (ECF No. 115 at 22.)  This production may render "this portion of the motion .

11  . . moot."  (Id.)  Presenting an issue in such an uncertain posture renders it difficult for the court

12  to prepare to help the parties and creates the potential for wasted resources.

13        Accordingly, IT IS HEREBY ORDERED that:

14        1.  Plaintiffs' November 8, 2021 third amended motion to compel (ECF No. 114) is

15  denied without prejudice to renewal; and

16        2.  The November 19, 2021 hearing is vacated.

17  Dated:  November 15, 2021

18

19                                                          _____

20                                                          DEBORAH BARNES
                                                            UNITED STATES MAGISTRATE JUDGE
21

22

23

24  DLB:6
    DB/orders/orders.civil/debeaubien1329.pg.den.ord
25

26

27  _____

28  [2] The parties are advised that title pages, tables of contents, tables of citations, etc., all count
    toward the twenty-five-page limit.