1  Stewart Katz (Bar No. 127425)
   stewartkatzlaw@gmail.com
2  Law Office of Stewart Katz
   555 University Avenue, Suite 270
3  Sacramento, California 95825
   (916) 444-5678
4
   Eric Grant (Bar No. 151064)
5  grant@hicks-thomas.com
   John B. Thomas (Bar No. 269538)
6  jthomas@hicks-thomas.com
   Hicks Thomas LLP
7  701 University Avenue, Suite 106
   Sacramento, California 95825
8  (916) 447-4900

9  Counsel for Plaintiff Philip Debeaubien

10

11                          UNITED STATES DISTRICT COURT

12                          EASTERN DISTRICT OF CALIFORNIA

13

14  PHILIP DEBEAUBIEN,                ) No. 2:19-cv-01329-WBS-DB
                                      )
15         Plaintiff,                 )
                                      ) **PLAINTIFF'S NOTICE OF SETTLEMENT**
16      v.                            )
                                      )
17  STATE OF CALIFORNIA, et al.,      )
                                      )
18         Defendants.                )
                                      )
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22  _____ )

23         Pursuant to Local Rules 160(a) and 272(a), Plaintiff hereby gives notice that the parties have

24  reached a global settlement of this action following mediation.

25         Defendants desire to memorialize the settlement in written agreements, and Plaintiff is

26  amenable to that course of action.  Accordingly, and consistent with Local Rule 160(b), Plaintiff

27  respectfully requests that the Court fix Friday, May 27, 2022, or 18 days from today, as the date by

28  which the documents disposing of the action must be filed.

1  Counsel for the CHP Defendants and for Defendant Joy Graf have stated to the undersigned
2  that that they concur in the requested date.  The undersigned has been unable to ascertain the views
3  of counsel for Defendant Sabrena Swain.

4  Dated:  May 9, 2022  Respectfully submitted,

5  */s/ Eric Grant*

6  Stewart Katz
   Law Office of Stewart Katz

7
8  Eric Grant
   John B. Thomas
   Hicks Thomas LLP

9
   Counsel for Plaintiff Philip Debeaubien