Stewart Katz (Bar No. 127425)
stewartkatzlaw@gmail.com
Law Office of Stewart Katz
555 University Avenue, Suite 270
Sacramento, California 95825
(916) 444-5678

Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Hicks Thomas LLP
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 447-4900

Counsel for Plaintiff Philip Debeaubien

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP DEBEAUBIEN, | No. 2:19-cv-01329-WBS-DB |
| Plaintiff, | |
| v. | **PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

   In their Joint Status Report filed on May 27, 2022, the parties reported that (with respect to their respective written settlement agreements) counsel had procured the signatures of all necessary individuals except Defendant Joy Graf.  Since that filing, Ms. Graf has executed her agreement.

   The parties will comply with the Court's Minute Order of May 29, 2022.

///

///

Dated:  May 31, 2022

Respectfully submitted,

*/s/ Eric Grant*

Stewart Katz
Law Office of Stewart Katz

Eric Grant
John B. Thomas
Hicks Thomas LLP

Counsel for Plaintiff Philip Debeaubien