Stewart Katz (Bar No. 127425)
stewartkatzlaw@gmail.com
Law Office of Stewart Katz
555 University Avenue, Suite 270
Sacramento, California 95825
(916) 444-5678

Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Hicks Thomas LLP
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 447-4900

Counsel for Plaintiff Philip Debeaubien

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP DEBEAUBIEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-01329-WBS-DB<br><br>**SECOND JOINT STATUS REPORT REGARDING SETTLEMENT** |

　　　　Pursuant to the Court's Minute Order of May 29, 2022, the parties respectfully submit this second joint report on the status of their settlement.

　　　　As stated in Plaintiff's status report filed May 31, 2022 (Doc. 149), all parties and counsel have executed their respective settlement agreements. Immediately upon receiving the respective settlement payments, Plaintiff is prepared (and has already drafted the papers) to seek the Court's leave to dismiss the respective Defendants with prejudice pursuant to Federal Rule 41(a)(2).

As to Defendants Sabrena Swain and Joy Graf, Plaintiff estimates that the settlement payment will be received no later than Thursday, June 9, 2022.

As to the remaining Defendants (the State of California and related parties), Plaintiff has no firm estimate, given the vagaries of the State's fiscal processes including the required approvals of numerous officials. But in light of past experience and of the representations of Defendants' counsel to use their best efforts to expedite the process, Plaintiff loosely estimates that the settlement payment will be received no later than August of 2022.

Counsel for all Defendants have stated to the undersigned that that they concur in the foregoing statements.

Dated: June 7, 2022                    Respectfully submitted,

                                       */s/ Eric Grant*

                                       Stewart Katz
                                       Law Office of Stewart Katz

                                       Eric Grant
                                       John B. Thomas
                                       Hicks Thomas LLP

                                       Counsel for Plaintiff Philip Debeaubien