Stewart Katz (Bar No. 127425)
stewartkatzlaw@gmail.com
Law Office of Stewart Katz
555 University Avenue, Suite 270
Sacramento, California 95825
(916) 444-5678

Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Hicks Thomas LLP
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 447-4900

Counsel for Plaintiff Philip Debeaubien

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP DEBEAUBIEN,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 2:19-cv-01329-WBS-DB<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Philip Debeaubien and all remaining Defendants hereby stipulate and respectfully request that the Court enter the following order:

   This action is dismissed with prejudice.  Each party shall bear his or her or its own costs and attorney's fees.

1  | Dated:  July 7, 2022 | Respectfully submitted,

2  | */s/ Eric Grant*

3  | Stewart Katz
   | Law Office of Stewart Katz

4  | */s/ Andrew D. Castricone*
   | (as authorized on July 1, 2022)

5  | ANDREW D. CASTRICONE (SBN: 154607)    John B. Thomas
   | ROBYN A. LEONARD (SBN: 219525)    Hicks Thomas LLP

6  | GORDON REES SCULLY MANSUKHANI, LLP
   | 275 Battery Street, Suite 2000    Counsel for Plaintiff Philip Debeaubien

7  | San Francisco, CA 94111
   | Telephone:   (415) 986-5900

8  | Facsimile:    (415) 262-3726    */s/ D.L. Helfat*
   | acstricone@grsm.com    (as authorized on July 7, 2022)

9  | rleonard@grsm.com    ROB BONTA, State Bar No. 202668
   | Attorney General of California

10 | Attorneys for Defendant SABRENA SWAIN    ELIZABETH S. ANGRES, State Bar No. 179523
   | Supervising Deputy Attorney General

11 | D.L. HELFAT, State Bar No. 124605
   | */s/ Jianlin Song*    JULIO A. HERNANDEZ, State Bar No. 260508

12 | (as authorized on July 1, 2022)    Deputy Attorney General
   | JIANLIN SONG (SBN 289226)    1300 I Street, Suite 125

13 | Jianlin.Song@wilsonelser.com    P.O. Box 944255
   | JENNY C. CHIEN (SBN 327918)    Sacramento, CA 94244-2550

14 | Jenny.Chien@wilsonelser.com    Telephone: (213) 269-6526
   | WILSON, ELSER, MOSKOWITZ,    Fax: (916) 731-2120

15 | EDELMAN & DICKER LLP    E-mail: Dan.Helfat@doj.ca.gov
   | 655 Montgomery St., Ste. 900    *Attorneys for Defendants State of California,*

16 | San Francisco, CA 94111    *by and through the California Highway Patrol;*
   | Telephone: 415.625.9259    *CHP Lieutenant Todd Brown, CHP Sergeant*

17 | Facsimile: 415.434.1370    *Reggie Whitehead, CHP Sergeant Jeremy*
   | ATTORNEYS FOR    *Dobler, CHP Assistant Chief Ryan Stonebraker*

18 | DEFENDANT JOY GRAF    *and CHP Chief Brent Newman*

24 |       IT IS SO ORDERED.

25 | Dated:  July 8, 2022

26 | WILLIAM B. SHUBB
   | UNITED STATES DISTRICT JUDGE